R. MONTGOMERY SCHELL et al., Individually and as Ancillary Administrators of the Estate of WILLIAM C. STOUT, Deceased, Appellants, *v.* J. HERBERT CARPENTER, Individually and as Trustee under the Will of AQUILLA G. STOUT, Deceased, as Executor of ANNE M. STOUT, Deceased, and as Executor of SARAH M. DE VAUGRIGNEUSE, Deceased, et al., Respondents.

*Schell* v. *Carpenter*, 116 App. Div. 914, affirmed.
(Argued December 11, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action for partition.

*Alton B. Parker, Thomas Thacher* and *John K. Erskine, Jr.,* for appellants.

*John S. Davenport, Stephen G. Williams* and *Curtis R. Hatheway* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.